*State, Respondent, v. Arellano-Gama, Petitioner*, No. 91513-0. Petition for review of a decision of the Court of Appeals, No. 71005-2-I, March 2, 2015, 186 Wn. App. 1009. *Denied* September 2, 2015.

*State, Respondent, v. Palmer, Petitioner*, No. 91514-8. Petition for review of a decision of the Court of Appeals, No. 71106-7-I, March 9, 2015, 186 Wn. App. 1017. *Denied* September 2, 2015.

*Kruger, Petitioner, v. Moi, Respondent*, No. 91516-4. Petition for review of a decision of the Court of Appeals, No. 70503-2-I, February 2, 2015, 185 Wn. App. 1041. *Denied* September 2, 2015.

*State, Respondent, v. Lowe, Petitioner*, No. 91517-2. Petition for review of a decision of the Court of Appeals, No. 45199-9-II, March 3, 2015, 186 Wn. App. 1014. *Denied* September 2, 2015.

*Haskins, Petitioner, v. Multicare Health Sys. et al., Respondents*, No. 91518-1. Petition for review of a decision of the Court of Appeals, No. 44655-3-II, December 16, 2014, 186 Wn. App. 11. *Denied* September 2, 2015.

*State, Respondent, v. Fraser, Petitioner*, No. 91520-2. Petition for review of a decision of the Court of Appeals, No. 70702-7-I, February 17, 2015, 185 Wn. App. 1055. *Denied* September 2, 2015.

*City of Bonney Lake, Respondent, v. Kanany, Petitioner*, No. 91527-0. Petition for review of a decision of the Court of Appeals, No. 42988-8-II, December 30, 2014, 185 Wn. App. 309. *Denied* September 2, 2015.

*Howe et al., Respondents, v. City of Redmond, Petitioner*, No. 91535-1. Petition for review of a decision of the Court of Appeals, No. 70815-5-I, February 2, 2015, 185 Wn. App. 1041. *Denied* September 2, 2015.